UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alejandra Alvizo and Laura Alvizo,<br><br>    Plaintiff<br><br>vs.<br><br>FCA US LLC,<br><br>    Defendant. | CASE NO.: 5:22-cv-00264-SVW-KK<br><br>JUDGMENT<br><br>JS - 6 |

Pursuant to the Offer of Judgment, and the Acceptance of Offer of Judgment, filed on August 25, 2022, judgment is entered for plaintiffs ALEJANDRA ALVIZO and LAURA ALVIZO, and against defendant FCA US LLC, pursuant to the conditions set for in the Offer of Judgment.

DATE: August 26, 2022

*PM Cruz*
Clerk of the Court